# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 6, 2019

## NO. 03-19-00731-CV

**Sergio Alderete, Jr., Appellant**

**v.**

**The Attorney General of Texas, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 4 OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND KELLY
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant's notice of appeal was filed with the trial court and expressly requested a hearing in the trial court from the order signed by the associate judge, no adjudication of costs is made.